# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv244

| | |
|---|---|
| JOHN SMALL AND ELVA SMALL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| ANDY FRAIN SERVICES, INC. AND | ) |
| DALLAS COWBOYS FOOTBALL | ) |
| CLUB, LTD., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court are the Motion to Dismiss [# 10] and Motion to Change Venue [# 12]. Counsel notified the Court that the parties have reached a settlement agreement in this case, and the District Court provided the parties a deadline for filing a stipulation of dismissal. Accordingly, the Court **DENIES with leave to renew** the pending Motion to Dismiss [# 10] and Motion to Change Venue [# 12]. If the parties fail to finalize the settlement of this matter and file a stipulation of dismissal within the required time, the parties may renew their Motion to Dismiss and Motion to Change Venue, and the Court will issue a Memorandum and Recommendation to the District Court addressing the substance

of the motions.

Signed: September 1, 2016

Dennis L. Howell
United States Magistrate Judge